## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## PECOS DIVISION

| | | |
|---|---|---|
| **DIANA HUARACHA,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **NO. P:20-CV-00059 DC** |
| | § | |
| **LAKE CITY CREDIT, LLC,** | § | |
| *Defendant.* | § | |

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUIDCE AS TO THE UNNAMED PUTATIVE CLASS MEMBERS**, pursuant to Fed. R. Civ. P. 41(a) and based upon the Plaintiff's Notice of Dismissal with Prejudice (Doc. 11) filed December 31, 2020.

It is **ORDERED** that the claims in this matter are **DISMISSED WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUIDCE AS TO THE UNNAMED PUTATIVE CLASS MEMBERS.**

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is finally **ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED this 8th day of January, 2021.

_____
DAVID  COUNTS
UNITED STATES DISTRICT JUDGE